UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATHANIEL HOWARD THOMAS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:15-CV-3381-B |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.  The complaint is hereby TRANSFERRED

to the United States District Court for Fort Worth Division of the Northern District of Texas.

Signed this 22nd  day of December, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE